## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRACEY DANIELLE MIDDLETON, )<br>  )<br>Plaintiff, )<br>  )<br>v.  )<br>  )<br>COMMISSIONER OF SOCIAL )<br>SECURITY ADMINISTRATION, )<br>  )<br>Defendant. ) | Case No. CIV-21-00301-JD |

## **ORDER**

Before the Court is Defendant Commissioner of Social Security Administration's ("Commissioner") Unopposed Motion for Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Motion"). [Doc. No. 18]. Under 42 U.S.C. § 405(g), sentence four provides that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."

Following the Commissioner's answer and filing of the social security administrative record [Doc. Nos. 9, 10], Plaintiff Tracey Danielle Middleton filed her opening brief on October 4, 2021 [Doc. No. 16]. On December 1, 2021, the Commissioner filed the Motion. The Motion states that "[t]he agency has further reviewed Plaintiff's case and determined that remand for further proceedings is warranted." Motion at 1. Plaintiff does not oppose the Motion. *Id*.

Upon consideration of the Motion, and with there being no objection, the Court GRANTS the Motion. Accordingly, under sentence four of 42 U.S.C. § 405(g), the Court REVERSES the decision of the Commissioner and REMANDS the case for further administrative proceedings. The Court will enter a separate judgment under Federal Rule of Civil Procedure 58 and consistent with the decision in *Shalala v. Schaefer*, 509 U.S. 292, 302–03 (1993).

IT IS SO ORDERED this 14th day of December 2021.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE