IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRACEY DANIELLE MIDDLETON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OF SOCIAL ) <br> SECURITY ADMINISTRATION, ) <br> ) <br> Defendant. ) | Case No. CIV-21-00301-JD |

## JUDGMENT

In accordance with the Order entered this date granting Defendant Commissioner of Social Security Administration's unopposed motion for remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is REVERSED. Judgment is entered in favor of Plaintiff, *see Shalala v. Schaefer*, 509 U.S. 292 (1993), and the case is REMANDED for further administrative proceedings.

ENTERED this 14th day of December 2021.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE